FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-14-00148-CV

### Trial Court No. 2013-06-0442

**Mary Lou Petty**

**Vs.**

**Santander Consumer USA, Inc.**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Reporter's record | $40.00 | Defendant |
| Motion fee | $10.00 | Mary Lou Petty |
| Motion fee | $10.00 | Laquetta Graves |
| Motion fee | $10.00 | Mary Lou Petty |
| Motion fee | $10.00 | Mary Lou Petty |
| Motion fee | $10.00 | Mary Lou Petty |
| Motion fee | $10.00 | Mary Lou Petty |
| Motion fee | $10.00 | Mary Lou Petty |
| Clerk's record | $91.00 | Mary Lou Petty |
| Supreme Court chapter 51 fee | $50.00 | Mary Lou Petty |
| Required Texas.gov efiling fee | $20.00 | Mary Lou Petty |
| Filing | $100.00 | Mary Lou Petty |
| Indigent | $25.00 | Mary Lou Petty |
| **TOTAL:** | $396.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 18th day of September 2015, A.D.

PAM ESTES, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk